DEBRA M. AMENS, ESQ.
Amens Law, Ltd.
Nevada Bar No, 12681
P.O. Box 488, Battle Mountain, NV 89820
T: 775-235-2222  F: 775-635-9146
Email: debra@amenslawfirm.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA MUSTAFA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SPARKS JUSTICE COURT,<br>an governmental organization, and,<br>DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 3:21-CV-00481-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE (First Request)** |

COMES NOW, the Plaintiff, VANESSA MUSTAFA, by and through her attorney, Debra M. Amens, Esq., of AMENS LAW, Ltd., and Defendant, SPARKS JUSTICE COURT, by and through their attorney, Deputy District Attorney, Lindsay Liddell, Esq., and hereby agree to extend Plaintiff's time to respond to Defendant's Motion to Dismiss, currently due December 27, 2021, by seven (7) days. The stipulated extension is due to Plaintiff's counsel's scheduling conflicts. This is the first request for an extension to respond to the Motion to Dismiss and it is not sought for the purposes of delay. Plaintiff has until Monday, January 3, 2022, to file their Opposition to Motion to Dismiss.

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE (First Request) - 1

DATED this 28th day of December, 2021.

| AMENS LAW, Ltd. | CHRISTOPHER J. HICKS, |
| --- | --- |
|  | Washoe District Attorney |
| /s/ *Debra M. Amens* | by:/s/ *Lindsay L. Liddell* |
| Debra M. Amens, Esq. | Lindsay L. Liddell, Esq. |
| NV Bar No. 12681 | NV Bar No. 14079 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: December 28, 2021

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE (First Request) - 2