DEBRA M. AMENS, ESQ.
Amens Law, Ltd.
Nevada Bar No, 12681
P.O. Box 488, Battle Mountain, NV 89820
T: 775-235-2222  F: 775-635-9146
Email: debra@amenslawfirm.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA MUSTAFA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SPARKS JUSTICE COURT,<br>an governmental organization, and,<br>DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 3:21-CV-00481-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE (Second Request)** |

　　　　COMES NOW, the Plaintiff, VANESSA MUSTAFA, by and through her attorney, Debra M. Amens, Esq., of AMENS LAW, Ltd., and Defendant, SPARKS JUSTICE COURT, by and through their attorney, Deputy District Attorney, Lindsay Liddell, Esq., and hereby agree to extend Plaintiff's time to respond to Defendant's Motion to Dismiss, currently due January 3, 2021, by Four (4) days. The stipulated extension is due to Plaintiff's counsel's scheduling conflicts. This is the second request for an extension to respond to the Motion to Dismiss and it is not sought for the purposes of delay. Plaintiff has until Friday, January 7, 2022, to file their Opposition to Motion to Dismiss.

///

///

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE (Second Request) - 1

DATED this 3rd day of January, 2022.

| | |
|---|---|
| AMENS LAW, Ltd. | CHRISTOPHER J. HICKS, Washoe District Attorney |
| /s/ *Debra M. Amens* | by:/s/ *Lindsay L. Liddell* |
| Debra M. Amens, Esq. | Lindsay L. Liddell, Esq. |
| NV Bar No. 12681 | NV Bar No. 14079 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___January 4, 2022___

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE (Second Request) - 2